**FILED**

Jan 28  11 49 AM '11

U.S. MAGISTRATE JUDGE
BY _____

1  DANIEL G. BOGDEN
   United States Attorney
2  BRADLEY GILES
   Assistant United States Attorney
3  333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   (702) 388-6336
5  Fax (702) 388-6698

6              **UNITED STATES DISTRICT COURT**

7                   **DISTRICT OF NEVADA**

8                          -oOo-

9
   UNITED STATES OF AMERICA         )
10                                   )
   vs                                )
11                                   )
   CHATTEL KNOWN AS                  )    2:10-mj-882-LRL
12 PHETORIAN COMPUTER TOWER          )
   WITH CORD, BLACK IN COLOR         )
13 MODEL NUMBER PAC-TOL-EK           )
   SERIAL #: CO4421806666            )
14 _____  )

15

16     **GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL AFFIDAVIT**

17
            COMES NOW the United States of America, by and through Daniel G. Bogden, United
18
   States Attorney, and Bradley Giles, Assistant United States Attorney, and moves this Court to unseal
19
   the Affidavit together with the Application, Return and the Court's Order for purposes of discovery
20
   in the above-captioned matter.
21
   . . .
22
   . . .
23
   . . .
24
   . . .
25
   . . .
26

1  Unsealing is necessary to permit the Government to copy and distribute the above
2  referenced documents to the defense.
3
4  DATED this 26th day of January, 2011.
5
6  Respectfully submitted,
7  DANIEL G. BOGDEN
   United States Attorney
8
9
10  BRADLEY GILES
    Assistant United States Attorney
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

FILED
Jan 28  11 49 AM '11
U.S. MAGISTRATE JUDGE
BY _____

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs )<br>)<br>CHATTEL KNOWN AS )<br>PHETORIAN COMPUTER TOWER )<br>WITH CORD, BLACK IN COLOR )<br>MODEL NUMBER PAC-TOL-EK )<br>SERIAL #: CO4421806666 )<br>_____ ) | 2:10-mj-882-LRL |

Based on Government's Application for an Order to Unseal the Affidavit together with the Application, Return and the Court's Order issued in the above-captioned matter and good cause appearing, therefor

IT SO ORDERED that the Affidavit, the Application, Return and the Court's Order be unsealed.

DATED this __28th__ day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE